# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ERIC TRAVIS,<br><br>Defendant. | CR 26-5-M-WWM<br><br>ORDER DISMISSING INDICTMENT |

Upon Plaintiff's Unopposed Motion to Dismiss Indictment (Doc. 54), and for good cause shown,

**IT IS FURTHER ORDERED** that the indictment in the above case is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that the sentencing hearing set for August 6, 2026 (Doc. 44), along with all other deadlines are **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of July, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE